**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8292

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

KENDRICK DWAYNE MOORE, a/k/a Kendrick Moore, a/k/a Kendrick
Dwayne Rogers,

             Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (7:06-cr-00641-HMH-2)

Submitted:  April 2, 2009            Decided:  April 10, 2009

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kendrick Dwayne Moore, Appellant Pro Se.  Regan Alexandra
Pendleton, Assistant United States Attorney, Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendrick Dwayne Moore seeks to appeal the district court's text order denying his motion to reconsider the court's denial of his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED